■ In the Matter of ROBERT J. SALOMON. — Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present — Dillon, P. J., Cardamone, Simons, Hancock, Jr., and Callahan, JJ.